## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**DEMETRIUS SPRINGS,**

      **Petitioner,**

**vs.**                                              **4:06-CV-044-SPM**

**JAMES McDONOUGH,**

      **Respondent.**

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
### AND TRANSFERRING CASE

      **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 4) dated March 15, 2006.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections were filed.

      Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

      Accordingly, it is

      **ORDERED AND ADJUDGED** as follows:

      1.      The magistrate judge's report and recommendation (doc. 4) is adopted and incorporated by reference in this order.

2.      This case is hereby *transferred* to the United States District Court

for the Southern District of Florida.

3.      The clerk is directed to immediately take all steps necessary to

effectuate the transfer.

**DONE AND ORDERED** this <u>fourteenth</u> day of April, 2006.


_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge

/pao